IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL MOLINA, et al, <br><br> Plaintiffs, <br> v. <br><br> KEVIN KAUFFMAN, et al., <br><br> Defendants. | No. 4:21-cv-00038 <br><br> CLASS ACTION <br><br> (Judge Brann) <br><br> (Chief Magistrate Judge Mehalchick) |

## MOTION FOR CERTIFICATION OF CLASS
## AND APPOINTMENT OF COUNSEL

NOW COME the plaintiffs, through undersigned counsel, and respectfully ask the Court to issue a Class Certification Order pursuant to Fed. R. Civ. P. 23(c)(1) and to appoint class counsel under Fed. R. Civ. P. 23(g)(1), for the reasons stated in the brief simultaneously filed.

WHEREFORE, this action should be certified as a class action by all persons who are or were incarcerated at SCI Huntingdon on or after December 30, 2018, and Marianne Sawicki should be appointed class counsel.

Respectfully submitted,

/s/ *Marianne Sawicki*

MARIANNE SAWICKI, Esquire
PA No. 313471
2530 South Blair Avenue
Huntingdon, PA 16652
(814) 506-2636
Law.Sawicki@gmail.com

## CERTIFICATE OF NON CONCURRENCE

I certify, on this 29th day of March, 2021, that I contacted the parties below by email to confirm that they do not concur in this motion. They do not concur.

Kelly J. Hoke, Assistant Counsel
Pennsylvania Dep't of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050

Tara J. Wikhian, Assistant Counsel
Pennsylvania Dep't of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050

/s/ *Marianne Sawicki*
MARIANNE SAWICKI
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This document is filed and served electronically. No certificate of service is required when a paper is served by filing it with the court's electronic-filing system. Fed. R. Civ. P. 5(d)(1)(B).

/s/ *Marianne Sawicki*
MARIANNE SAWICKI
Attorney for Plaintiffs