IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL IRIZARRY, | No. 4:22-CV-01892 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| K. KAUFFMAN, *et al.*, | |
| Defendants. | |

# ORDER

### SEPTEMBER 20, 2023

Angel Irizarry and several co-plaintiffs previously filed a civil rights complaint—which was amended three times—alleging that their rights were violated by Defendants as related to the conditions of confinement at Pennsylvania State Correctional Institution Huntingdon.[1] Irizarry's co-plaintiffs were severed from this matter, and Irizarry was directed to file a fourth amended complaint.[2] Irizarry filed a fourth amended complaint, and Defendants moved to dismiss in part that complaint.[3]

In May 2023, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court grant the motion to dismiss and

---

[1] Docs. 1, 35, 72, 101, 102, 104, 108.
[2] Doc. 223.
[3] Docs. 224, 225.

dismiss in part Irizarry's fourth amended complaint.[4] After receiving an extension of time,[5] Irizarry filed timely objections to the Report and Recommendation.[6]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[7] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[8] After reviewing the record, the Court finds no error in Chief Magistrate Judge Mehalchick's conclusion that Irizarry's fourth amended complaint should be dismissed in part. Accordingly, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 236) is **ADOPTED**;

2. Defendants' partial motion to dismiss (Doc. 225) is **GRANTED**;

    A. Count 1 is **DISMISSED** with prejudice as against all defendants except for John Wetzel;

    B. Count 2 is **DISMISSED** with prejudice;

    C. Count 3 is **STRICKEN** from the fourth amended complaint; and

---

[4] Doc. 236.
[5] Doc. 238.
[6] Docs. 239, 242, 243, 246.
[7] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[8] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

3. This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge