IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL IRIZARRY,          : | No. 4:22cv1892 |
|     Plaintiff           : | |
|                                            : | (Judge Munley) |
| v.                          : | |
|                                            : | (Magistrate Judge Caraballo) |
| JOHN WETZEL,          : | |
|     Defendant          : | |

## ORDER

Before the court is a Report and Recommendation ("R&R") from Magistrate Judge Phillip J. Caraballo, which recommends that the court grant a motion for summary judgment filed by Defendant John Wetzel. (Doc. 270).

The current R&R was issued on November 18, 2025. Pursuant to the Rules of Court for the Middle District of Pennsylvania, Irizarry had fourteen (14) days to object to the R&R. M.D. PA. L.R. 72.3. No objections to the R&R have been filed and the time for such filing has long since passed. The R&R is thus ready for review.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Caraballo's analysis, and therefore, the court will accept the R&R and adopt it in its entirety.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 270), is **ADOPTED**;

2) Defendant Wetzel's motion for summary judgment, (Doc. 253), is **GRANTED**;

3) Plaintiff Angel Irizarry's fourth amended complaint, (Doc. 224), is **DISMISSED** with prejudice; and

4) The Clerk of Court is directed to close this case.

Date: 1/8/26

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court